IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORBERT ALICEA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>HEALTH ADVOCATE SOLUTIONS, INC.; HEALTH ADVOCATE INC.; TELEPERFORMANCE; LANGUAGE LINE, LLC,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>No. 24-6005 |

# O R D E R

**AND NOW**, this 23rd day of October, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF Nos. 17, 29) and Plaintiff's responses thereto (ECF Nos. 27, 32), **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion is **GRANTED** as to Plaintiff's age discrimination claims under 29 U.S.C. § 621 *et seq.* (ADEA) and 43 Pa. C.S.A. § 951 *et seq.* (PHRA), which are **HEREBY DISMISSED** to the extent Plaintiff was terminated as part of a reduction in force.

2. Defendants' Motion is **DENIED** in all other respects.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　S/ WENDY BEETLESTONE
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, C.J.**